## WILLIAM E. K. ALLEN *v.* WILLIAM CLUNEY.

### No. 2147.

SUBMITTED JANUARY 11, 1935.                    DECIDED JANUARY 11, 1935.

COKE, C. J., BANKS AND PARSONS, JJ.

*Per Curiam.* This cause comes here on a reserved question from the judge of the circuit court. The report of the cause by the circuit judge is entirely insufficient to an understanding of the question presented in the reservation, for which reason the reserved question is unanswered and the cause is remanded to the court below.

*E. A. O'Connor* for plaintiff.

*W. H. Heen* for defendant.